```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

Bennie Anderson,

    Plaintiff,

  v.                            Case NO. 2:15-cv-728

Toledo Correctional Center
Medical Dept., et al.,

    Defendants.

ORDER

    Plaintiff, an inmate at the Toledo Correctional Institution, filed an amended complaint under 42 U.S.C. §1983, alleging that the defendants infringed his constitutional rights. Plaintiff subsequently filed a motion for a temporary restraining order, claiming that his prison mail had been stolen or not properly delivered. The defendants have not been served. On August 17, 2015, the magistrate judge issued a report and recommendation recommending that plaintiff's motion for a temporary restraining order be denied.

    The report and recommendation specifically advised plaintiff that objections to the report and recommendation were due within fourteen days, and that the failure to object to the report and recommendation "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 12, p. 3. The time period for filing objections to the report and recommendation has expired, and no objections to the report and recommendation have been filed.

    Accordingly, the court adopts the report and recommendation (Doc. 12). Plaintiff's motion for a temporary restraining order

(Doc. 11) is denied.

Date: September 15, 2015            <u>      s/James L. Graham     </u>
                                               James L. Graham
                                               United States District Judge